**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1220**

BURL ANDERSON HOWELL,

        Plaintiff - Appellant,

    v.

UNITED STATES OF AMERICA,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Fox, Senior District Judge.  (5:14-cv-00898-F)

Submitted:  August 10, 2016        Decided:  August 16, 2016

Before WILKINSON, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Burl Anderson Howell, Appellant Pro Se.  Kimberly Ann Moore, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Burl Anderson Howell appeals the district court's orders dismissing his civil action for lack of subject matter jurisdiction and denying his motions for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we deny Howell's pending motions and affirm for the reasons stated by the district court. See Howell v. United States, No. 5:14-cv-00898-F (E.D.N.C. Feb. 29, 2016; Nov. 24, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED